LORENZO BELLO, as Administrator of the Estate of DOMINICK BELLO, Deceased, Appellant, *v.* ALBERT L. WILLEY, Respondent.

*Bello* v. *Willey*, 151 App. Div. 905, affirmed.
(Argued April 28, 1913; decided May 13, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered May 14, 1912, affirming a judgment in favor of

defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant, his employer.

*James A. Leary* for appellant.

*H. D. Wright* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., WERNER, WILLARD BARTLETT, HISCOCK, CHASE, COLLIN and HOGAN, JJ.